APPEAL No. 76-323. JACENTO ROSA *et al. v.* JOHN OLIVEIRA. Motion of defendant for extension of time to file his brief is granted and said brief shall be filed on or before March 7, 1977. Motion to examine the stenographer's tapes is denied. Motion of plaintiffs to dismiss the defendant's appeal is denied. *Ho-*

dosh, Spinella, Hodosh & Angelone, Gerard McGovern De-Celles, for plaintiffs. *John Oliveira,* defendant, pro se.